ARTHUR L. CLAY, DAVID SCHULMAN (DAVAL ASSOCIATES) AND ALAN SCHULMAN (PROGRESSIVE REALTY MANAGE-MENT CO.), DEFENDANTS-APPELLANTS, v. CITY OF EAST ORANGE, PHILIP T. MORRIS, VIRGINIA WHITE AND GUS ELMORE, PLAINTIFFS-RESPONDENTS.

Argued November 22, 1982—Decided December 6, 1982.

*H. Neil Broder* argued the cause for appellants (*Brach, Eichler, Rosenberg, Silver, Bernstein & Hammer,* attorneys; *H. Neil Broder* and *Michael L. Ostrowsky,* on the brief).

*Ernest R. Booker,* First Assistant City Counsel, argued the cause for respondents (*William H. Eaton,* City Counsel, attorney).

PER CURIAM.

The judgment of the Superior Court, Appellate Division, 181 *N.J.Super.* 40, is affirmed substantially for the reasons expressed in the opinion of the Superior Court, Law Division, Essex County, which opinion is reported at 177 *N.J.Super.* 79 (Law Div.1980).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, SCHREIBER, HANDLER, POLLOCK, O'HERN and GARIBALDI—7.

*For reversal*—None.